GENERAL ELECTRIC COMPANY v. R. H. MACY & Co., INC.— Plaintiff-respondent's motion is granted insofar as to dismiss the complaint in the action and vacate the judgment of injunction herein in plaintiff's favor entered on January 31, 1951, on payment by plaintiff to defendant of taxable costs and disbursements. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.